522 A.2d 945

**CHEVY CHASE SAVINGS AND LOAN, INC. et al.**

v.

**RIVER OAKS FARMS, INC. et al.**

No. 20 (Adv.), Sept. Term, 1987.

Court of Appeals of Maryland.

March 26, 1987.

Argued before MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, COUCH, McAULIFFE and ADKINS, JJ.

## ORDER

The Court having considered and granted the petition for a writ of certiorari in the above entitled case, it is this 26th day of March, 1987

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, affirmed with costs.